47 A.3d 1175

**Darren EADES, Petitioner**

**v.**

**Jon B. FISHER, Superintendent Dept. of Corrections, Respondent.**

**No. 42 EM 2012.**

Supreme Court of Pennsylvania.

July 5, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**